EMPIRE THEATRE, INC., ET AL., APPELLANTS, v. U. C. C.
OF NEW JERSEY, RESPONDENT.

Submitted February 13, 1948—Decided May 13, 1948.

For the appellants, *Harry Green.*

For the respondent, *Charles A. Malloy (Herman D. Ringle,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, HEHER, WACHENFELD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 10.

*For reversal*—THE CHIEF JUSTICE. 1.